**Order filed, August 17, 2016.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-16-00502-CV

—————————

**DONALD KILPATRICK, INDIVIDUALLY AND AS ASSIGNEE OF CAUSES OF ACTION OF JEREMY DICKS, Appellant**

**V.**

**ERIC L. ESTES, ADRIANA POTOCZNIAK, ET AL AND DUETSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5 ASSET-BACKED CERTIFICATES SERIES 2006-OPT5, HOMEWARD RESIDENTIAL, INC F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., Appellee**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2015-31821A**

---

## ORDER

The reporter's record in this case was due **August 02, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the

record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM